UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ANN ARBOR EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, and derivatively on behalf of Nominal Defendant ELECTRONICS FOR IMAGING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GUY GECHT, GILL COGAN, JEAN LOUIS GASSEE, JAMES S. GREENE, DAN MAYDAN, FRED ROSENZWEIG, THOMAS I. UNTERBERG, and JOSEPH CUTTS,<br><br>Defendants,<br><br>and<br><br>ELECTRONICS FOR IMAGING, INC.,<br><br>Nominal Defendant. | Case No.: C06-7453 (EMC)<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Stuart M. Grant, an active member in good standing of the bar of The Supreme Court of Delaware, whose business address and telephone number is Grant & Eisnehofer P.A., Chase Manhattan Centre, 1201 North Market Street, Wilmington, DE 19801, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing City of Ann Arbor Employees' Retirement System.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/13/07

_____
Magistrate Judge Edward M. Chen